AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

|  |  |
|---|---|
| Grant M. Saxena <br> *Plaintiff(s)* <br><br> v. <br><br> Matthew Corinth, Alastair McNiven, Danielle Kay Kunze, Barry Hartkopp, Michael Dougherty, Boulder District Attorney, Aaron Brockett, City & County of Boulder Colorado <br> *Defendant(s)* | Civil Action No. 1:22-cv-01733-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael Dougherty
Boulder County District Attorney's Office
1777 6th St, Boulder, CO 80302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Captain Grant Mitchell Saxena, U.S.A., Retired
Post Graduate Diploma In Law
Office Headquarters
2222 SE 2nd Street
Cape Coral, FL 33990

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*