THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01733-CMA

GRANT M SAXENA,

    Plaintiff,

v.

MATTHEW CORINTH; ALASTAIR MCNIVEN; DANIELLE KAY KUNZE; BARRY HARTKOPP; MICHAEL DOUGHERTY; BOULDER DISTRICT ATTORNEY; AARON BROCKETT; CITY & COUNTY OF BOULDER CO,

    Defendants.

## ENTRY OF APPEARANCE

    To the clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>THE COUNTY OF BOULDER, COLORADO</u>
<u>BOULDER COUNTY DISTRICT ATTORNEY</u>
<u>MICHAEL DOUGHERTY, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY</u>

    DATED at Boulder, Colorado this 5th day of December 2022.

    Respectfully submitted,

    BOULDER COUNTY ATTORNEY

    By: */s/ Colin J. Mayberry*
    Colin J. Mayberry
    Assistant County Attorney
    P.O. Box 471, Boulder, CO 80306
    (303) 441-3190
    cmayberry@bouldercounty.org

    *Counsel for Boulder County Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and that a true and correct copy was served upon the following via U.S Mail, postage prepaid, together with a copy of the Notice of Electronic Filing addressed as follows:

Grant Mitchell Saxena
222 SE 2nd St,
Cape Coral, FL 33990
E-mail: grant.saxena25@law.ac.uk

                                                                         */s/ Colin J. Mayberry*